CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 31 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN COOLIDGE HAIRSTON, JR., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOAN ZIGLAR, et al., ) <br> Defendants. ) | Civil Action No. 7:11-cv-00031 <br><br> ORDER <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 31st day of January, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge